# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BILLY HARRIS  
2837 GREENDALE DRIVE  
ROCKFORD, IL  61109  

SSN-xxx-xx-4071

Case Number: 07-71382

Case filed on: 6/6/2007  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $888.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | OSTLING & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ILLINOIS DEPARTMENT OF REVENUE | 28.19 | 28.19 | 0.00 | 0.00 |
|  | Total Priority | 28.19 | 28.19 | 0.00 | 0.00 |
| 999 | BILLY HARRIS | 0.00 | 0.00 | 888.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 888.00 | 0.00 |
| 001 | DEUTSCHE BANK NATIONAL ASSOCIATION | 19,187.54 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 19,187.54 | 0.00 | 0.00 | 0.00 |
| 002 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ASSET ACCEPTANCE CORP | 3,205.50 | 320.55 | 0.00 | 0.00 |
| 004 | C.B. ACCOUNTS INC | 848.24 | 84.82 | 0.00 | 0.00 |
| 005 | CREDITORS PROTECTION SERVICE, INC | 13,198.04 | 1,319.80 | 0.00 | 0.00 |
| 006 | ILL COLL SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 4,830.62 | 483.06 | 0.00 | 0.00 |
| 008 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | R&B RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD MERCANTILE AGENCY INC | 26,881.55 | 2,688.15 | 0.00 | 0.00 |
| 012 | SECURITY FINANCE | 560.00 | 56.00 | 0.00 | 0.00 |
| 013 | SWEDISH AMERICAN HOSPITAL | 5,155.72 | 515.57 | 0.00 | 0.00 |
| 015 | C.B. ACCOUNTS INC | 134.00 | 13.40 | 0.00 | 0.00 |
| 016 | CREDITORS PROTECTION SERVICE, INC | 367.01 | 36.70 | 0.00 | 0.00 |
|  | Total Unsecured | 55,180.68 | 5,518.05 | 0.00 | 0.00 |
|  | Grand Total: | 74,396.41 | 5,546.24 | 888.00 | 0.00 |

Total Paid Claimant:  $888.00  
Trustee Allowance:  $0.00  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan